**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Elijah Jerome WHITE, a/k/a Dice,
Defendant—Appellant.**

No. 08–8242.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 26, 2009.

Elijah Jerome White, Appellant Pro Se. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Jerome White appeals the district court's order denying relief on his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 2:98–cr–00455–PMD–4 (D.S.C. Oct. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*